THOMAS F. HARRISON, APPELLANT, v. CURTISS-WRIGHT CORP., RESPONDENT.

Argued February 4, 1947—Decided April 24, 1947.

For the appellant, *Isadore Rabinowitz, Nathan Rabinowitz* and *Paul Rittenberg*.

For the respondent, *John W. Taylor*.

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, FREUND, McGEEHAN, McLEAN, JJ. 11.

*For reversal*—HEHER, DILL, JJ. 2.